**Order entered August 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01504-CV

### KATRINA MCPHERSON, Appellant

### V.

### MELISSA LOPEZ, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05725-E**

## ORDER

Before the Court is appellant's August 15, 2019 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **September 16, 2019**.

/s/    ERIN A. NOWELL
         JUSTICE